1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   DIMITRI Z. STORM,                    )   Case No.: 1:24-cv-1274 JLT BAM
                                          )
12              Plaintiff,                )   ORDER ADOPTING IN FULL THE FINDINGS
                                          )   AND RECOMMENDATIONS, DISMISSING THE
13        v.                              )   ACTION WITHOUT PREJUDICE FOR FAILURE
                                          )   TO EXHAUST ADMINISTRATIVE REMEDIES,
14   CSATF WARDEN, et al.,                )   AND DIRECTING THE CLERK OF COURT TO
                                          )   CLOSE THIS CASE
15              Defendants.               )
                                          )   (Doc. 10)
16   ─────────────────────────────────   )

17        Dimitri Storm seeks to hold the defendants liable for violations of his civil rights related to calls

18   and use of his tablet on October 17, 2024. (*See generally* Doc. 1.)  The magistrate judge ordered

19   Plaintiff to show cause why the action should not be dismissed for failure to exhaust his administrative

20   remedies (Doc. 8), and Plaintiff failed to respond to the order.  Accordingly, the magistrate judge issued

21   Findings and Recommendations, finding from the face of the complaint that it was apparent Plaintiff

22   did not exhaust available administrative remedies and recommending the action be dismissed without

23   prejudice.  (Doc. 10.)

24        The Court served the Findings and Recommendations on Plaintiff and notified him that any

25   objections were due within 14 days.  (Doc. 10 at 3.) The Court advised Plaintiff that the "failure to file

26   objections within the specified time may result in the waiver of the 'right to challenge the magistrate's

27   factual findings' on appeal."  (*Id.* at 4, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir.

28   2014).)  Plaintiff did not file objections, and the time to do so expired.

                                          1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated December 3, 2024 (Doc. 10) are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice for failure to exhaust administrative remedies.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 2, 2025**

UNITED STATES DISTRICT JUDGE